United States District Court
Southern District of Texas

**ENTERED**

March 18, 2025

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **RICARDO TRINDADE, individually and on behalf of all others similarly situated,** | § § § § | |
| **Plaintiff,** | § § | |
| **VS.** | § § | **CIVIL ACTION NO. 4:24-CV-569** |
| **SUNNOVA ENERGY INTERNATIONAL, INC.,** *et al.,* | § § | |
| **Defendants.** | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the motion to dismiss filed by the Defendants. (Doc. No. 52.) On January 28, 2025, United States Magistrate Judge Dena Hanovice Palermo issued a Report and Recommendation ("R & R") in this case, recommending that the motion be granted. (Doc. No. 59.) Plaintiff filed his objections on February 11, and Defendants filed their response on March 4, 2025. (Doc. Nos. 60 & 63.)

As required by 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of the portions of the R & R to which the Plaintiff objected. However, the Court agrees with the conclusions, and the reasoning, of the R & R. Accordingly, the Court hereby **ADOPTS** the R & R and **GRANTS** the Defendants' motion to dismiss. In accordance with the R & R, Plaintiff is granted leave to amend his Amended Complaint within 21 days of this Order.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 14th day of March, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE