Case 4:24-cv-00569   Document 65   Filed on 04/07/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **RICARDO TRINDADE,** *et al.*, § § § Plaintiffs, § VS. § SUNNOVA ENERGY INTERNATIONAL § INC., *et al.*, § § Defendants. § | CIVIL ACTION NO. 4:24-CV-00569 |

## FINAL JUDGMENT

Plaintiffs Ricardo Trindade and Christopher Scott Berger brought this suit against Defendants Sunnova Energy International Inc., William J. Berger, and Robert L. Lane in February 2024. ECF No. 1. Defendants filed a Motion to Dismiss on August 16, 2024. ECF No. 52. In a Report and Recommendation, Magistrate Judge Dena Hanovice Palermo recommended granting the Motion. ECF No. 59. The Court signed an Order adopting the Report and Recommendation on March 13, 2025. ECF No. 64. The Court granted Plaintiffs leave to amend until April 4, 2025. ECF No. 64. As of April 7, 2025, Plaintiffs have not filed an amended complaint.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth in Judge Palermo's Report and Recommendation and the Court's Order adopting the Report and Recommendation, final judgment is hereby **ENTERED** for Defendants Sunnova Energy International Inc., William J. Berger, and Robert L. Lane.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 7th day of April, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE