IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICARDO TRINDADE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNNOVA ENERGY INTERNATIONAL INC., WILLIAM J. BERGER, and ROBERT L. LANE,<br><br>Defendants. | Case No. 4:24-cv-00569<br><br>CLASS ACTION |

**NOTICE OF APPEAL**

Notice is hereby given that Lead Plaintiffs Christopher Scott Berger and Landon Lueshen, individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered in the action on April 7, 2025 (ECF No. 65).

DATED: May 6, 2025

Respectfully submitted,

*/s/ Lucas E. Gilmore*
Lucas E. Gilmore (CA Bar No. 250893)
(admitted pro hac vice)
Reed R. Kathrein (CA Bar No. 139304)
(pro hac vice forthcoming)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
719875 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Counsel for Co-Lead Plaintiff*
*Christopher Scott Berger*

1

Martin Woodward (TX Bar No. 00797693)
**KITNER WOODWARD PLLC**
13101 Preston Road, Suite 110
Dallas, TX 75240
Telephone: (214) 443-4300
Facsimile: (214) 443-4304
martin@kitnerwoodward.com

*Liaison Counsel for Co-Lead Plaintiff*
*Christopher Scott Berger*

William B. Federman, TBA #00794935
**FEDERMAN & SHERWOOD**
212 W. Spring Valley Road
Richardson, TX 75081
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
Email: wbf@federmanlaw.com.

*Liaison Counsel for Co-Lead Plaintiff*
*Landon Lueshen*

Ex Kano S. Sams II (*pro hac vice*)
Raymond D. Sulentic (*pro hac vice*)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: esams@glancylaw.com
Email: rsulentic@glanylaw.com

*Counsel for Co-Lead Plaintiff Landon Lueshen*