United States District Court
Southern District of Texas
**ENTERED**
June 26, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICARDO TRINDADE, § § Plaintiff, § VS. § SUNNOVA ENERGY INTERNATIONAL § INC., *et al.*, § § Defendants. § | CIVIL ACTION NO. 4:24-CV-00569 |

## ORDER

On June 25, 2025, the Court was notified of Defendant Sunnova Energy International Inc.'s suggestion of bankruptcy. (Doc. No. 73). Namely, that on June 8, 2025, Defendant Sunnova Energy International Inc. filed a voluntary petition for relief under Chapter 11 of the U.S. Bankruptcy Code with the U.S. Bankruptcy Court, Southern District of Texas (case no. 25-90160). *Id.* Pursuant to this suggestion of bankruptcy, the Court hereby orders that the present action is **STAYED** pending resolution of the bankruptcy proceedings. All pending motions are hereby **DENIED WITHOUT PREJUDICE** to refiling should the stay be lifted. ECF No. 66.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 26th day of June, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE